# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**SUSAN D. MARASCALCO**
*Executrix of the Estate of Elizabeth Ann Deloach*     **PLAINTIFFS**
**DELOACH REAL ESTATE, LLC**

**VS.**     **CIVIL ACTION: 4:20-CV-00037-DMB-JMV**

**CARL JOSEPH MARASCALCO**     **DEFENDANT**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "a motion to refer an action to the bankruptcy court will stay the attorney conference and disclosure requirements **and all discovery not relevant to the**… **referral issue** and will stay the parties' obligation to make disclosures pending the court's ruling on the motion…" L.U. Civ. R. 16(b)(1)(B) (emphasis added).

A motion to change venue and transfer to United States Bankruptcy Court [3] has been filed. Therefore, staying all discovery, except discovery concerning the referral issue, is appropriate at this time.

Should any party desire to take referral-related discovery, it must file a motion to do so within seven (7) days hereof, setting forth the specific discovery sought. If any party objects to the motion, it shall file an objection within four (4) days following service of the motion.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**.

**SO ORDERED** this, Tuesday, March 10, 2020.

                                             /s/ Jane M. Virden
                                             **UNITED STATES MAGISTRATE JUDGE**